**Dismissed and Memorandum Opinion filed September 11, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-11-00941-CV

### HECTOR GAINES BARKLEY, III, Appellant

### V.

### TEXAS WINDSTORM INSURANCE ASSOCIATION, Appellee

**On Appeal from the 122nd District Court**
**Galveston County, Texas**
**Trial Court Cause No. 10-CV-3087A**

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed September 22, 2011. The clerk's record was filed March 23, 2012. No reporter's record or brief was filed.

On July 10, 2012, this court issued an order stating that unless appellant submitted a brief on or before August 15, 2012, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Christopher, and Jamison.